AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Damien Edwards, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:09-CV-60 |
| v. | |
| Officer Myres, Mazie Shaw, Ann Fitzgerald, Maureen Bouscho, Dr. Ross, K. Corley, Sergeant Perry, Stephen C. Clark, Dr. Chuy, Dr. Price, Dr. Brown, Mr. Broughs, Donald Sayer (Clinton), Sing Sing, Elmira, Auburn, Upstate, | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the Plaintiff's Motion for Reconsideration is

GRANTED and his Request to Proceed *in forma paueris* is GRANTED; the Complaint is

DISMISSED with prejudice and leave to appeal to the Court of Appeals as a poor person

is DENIED.

Date: 9/28/2011                                                            MICHAEL J. ROEMER, CLERK


                                                                           By:   s/Colleen M. Demma
                                                                                 Deputy Clerk